

**From:** Perliter Walters-Gilliam <PWGilliam@acics.org>
**Sent:** Wednesday, February 26, 2020 1:43 PM
**To:** Peter Leyton <PLeyton@glpclaw.com>
**Cc:** Richard Shurtz <rshurtz@stratford.edu>; kingram@wtplaw.com; Michelle Edwards <medwards@acics.org>
**Subject:** RE: Stratford University

Hello Peter
This confirms prompt receipt and review of your request below. I am going to consult with Ken and Michelle and will follow up as quickly as possible.

**Ms. Perliter Walters-Gilliam**
Vice President - Accreditation
**Accrediting Council for Independent Colleges and Schools**
1350 I Street, NW | Suite 560 | Washington, DC 20005
www.acics.org | 202.336.6769 - p |

CONFIDENTIALITY NOTICE:
This communication is only intended for the persons or entities to which it is addressed or copied and may contain information that is confidential and/or privileged in some way. Distribution or copying of this communication or the information contained herein is not expressly authorized. ACICS reserves the right to disclose this communication as required by law without the consent of the persons or entities to which this communication is addressed.

**From:** Peter Leyton <PLeyton@glpclaw.com>
**Sent:** Wednesday, February 26, 2020 1:40 PM
**To:** Perliter Walters-Gilliam <PWGilliam@acics.org>
**Cc:** Richard Shurtz <rshurtz@stratford.edu>; kingram@wtplaw.com
**Subject:** Stratford University

Perliter, we are counsel to Stratford University as you know.  Dr. Shurtz has just sent to me the Council's letter of today's date with additional stipulates.  Would you please send me the YouTube video and emails that are being referred to in the letter.  It is critical that we understand what ACICS is in receipt of to enable the University to properly respond and quickly respond.  In light of the emergency action that the Council is taking to require the University to cease all new enrollments, please send me the video and emails today, if possible.

Please let me know if you have any questions.

Regards, Peter
Peter S. Leyton
Gombos | Leyton, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
703-934-2660 (main)
703-934-9826 (direct)
703-934-9840 (fax)
703-424-0726 (cell)

The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.