

**From:** Peter Leyton
**Sent:** Wednesday, February 26, 2020 9:24 PM
**To:** Michelle Edwards <medwards@acics.org>
**Subject:** RE: Michelle Edwards shared "Michelle Bonocore" with you

Thanks Michelle.  Any chance we can talk about this matter tomorrow morning?  I left a voicemail for Ken earlier today.  Saqi Barzani is grossly defaming Stratford University, Dr. Shurtz and Mrs. Shurtz, using Stratford trademarks without authorization and in violation of a cease and desist letter from the University's intellectual property counsel and misleading ACICS.  The action just taken by ACICS directing the institution to immediately cease enrolling new students threatens to jeopardize the institution itself, without adequate process.  The video was not made for marketing purposes.  It was news that the school might be coming to Erbil and the interview was conducted by Rudaw, a cable news network in Kurdistan.  We don't know if that video interview was edited in any way to be misleading but it is something we want to investigate.  The language you heard on the video that is referenced in today's letter to Dr. Shurtz was not a reference to the "Erbil campus" being fully accredited.  It was a reference to the institution in the United States and its programs.  We simply ask that you not take this immediate action without process but permit the University to provide you with a response by March 10 as part of the show cause response.

I am hoping to provide you with a more complete statement tomorrow but with a

directive to act within 24 hours I am compelled to make this request, respectfully, now, and hope to hear from you soon.

Regards, Peter
Peter S. Leyton
Gombos | Leyton, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
703-934-2660 (main)
703-934-9826 (direct)
703-934-9840 (fax)
703-424-0726 (cell)
The information contained in this transmission may contain privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Michelle Edwards <medwards@acics.org>
**Sent:** Wednesday, February 26, 2020 6:46 PM
**To:** Peter Leyton <PLeyton@glpclaw.com>
**Subject:** RE: Michelle Edwards shared "Michelle Bonocore" with you

Added. Sorry, this went to my junk and I'm just now seeing it. Let me know if you have any issues accessing the documents.

**From:** Peter Leyton <PLeyton@glpclaw.com>
**Sent:** Wednesday, February 26, 2020 4:13 PM
**To:** Michelle Edwards <medwards@acics.org>
**Subject:** RE: Michelle Edwards shared "Michelle Bonocore" with you

Thanks Michelle.  I don't have enough space on my desktop.  Can you add access forJessicas@glpclaw.com and stchema@glpclaw.com.  Thanks.

Peter S. Leyton
Gombos | Leyton, P.C.
11350 Random Hills Road, Suite 400
Fairfax, VA 22030
703-934-2660 (main)
703-934-9826 (direct)
703-934-9840 (fax)
703-424-0726 (cell)
The information contained in this transmission may contain

privileged and confidential information.  It is intended only for the use of the person(s) named above. If you are not the intended recipient,  you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Michelle Edwards (via Dropbox) <no-reply@dropbox.com>
**Sent:** Wednesday, February 26, 2020 4:02 PM
**To:** Peter Leyton <PLeyton@glpclaw.com>
**Subject:** Michelle Edwards shared "Michelle Bonocore" with you



Hi Peter,

Michelle Edwards (medwards@acics.org) invited you to view the folder "**Michelle Bonocore**" on Dropbox.

Go to folder

Enjoy!
The Dropbox team

Report to Dropbox                                                                                       © 2020 Dropbox

**Compl. Ex. 8 - 003**