# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| STRATFORD UNIVERSITY, INC.<br>a Virginia Corporation | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 1:20-cv-00240 |
| ACCREDITING COUNCIL FOR<br>INDEPENDENT COLLEGES<br>AND SCHOOLS, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF MICHELLE EDWARDS

Pursuant to 28 U.S.C. § 1746, I, Michelle Edwards, declare as follows:

1. I am an adult citizen of the United States and am competent to testify as to the matters set forth in this Declaration. The information contained in this Declaration is from my own personal knowledge.

2. I currently serve as the President and Chief Executive Officer of the Accrediting Council for Independent Colleges and Schools ("ACICS") and also served in this role at all times relevant to the allegations raised by Stratford University in its Complaint against ACICS.

3. ACICS, which dates back to 1912, is a not for profit, non-stock corporation organized under the laws of Virginia exclusively for educational purposes, with its current principal place of business in the District of Columbia.

4. ACICS has been granted 26 U.S.C. §501(c)(3) tax exempt status by the Internal Revenue Service as a nonprofit organization operated exclusively for educational purposes. ACICS has been recognized since at least 1965 by the U.S. Secretary of Education as a reliable

authority concerning the quality of education and training offered by the educational institutions that it accredits.

5. The scope of ACICS's recognition includes private postsecondary institutions offering certificates or diplomas and postsecondary institutions offering associate's, bachelor's, or master's degrees in programs designed to educate students for professional, technical, or occupational careers, including those that offer those programs via distance education. ACICS accredits 90 campuses enrolling nearly 40,000 students.

6. To aid in the process of accreditation and consistent with the regulations of the Department of Education, ACICS has promulgated its *Accreditation Criteria: Policies, Procedures, and Standards*. In addition, ACICS is governed by its Bylaws, which are also incorporated into the *Accreditation Criteria*. These and ACICS' other policies and procedures are regularly reviewed by the Department of Education for consistency with the recognition criteria of the United States Secretary of Education. I have reviewed the Memorandum in Opposition to Stratford's Motion for Temporary Restraining Order, and the *Accreditation Criteria* attached thereto is a true and accurate copy of the current version thereof.

7. Stratford University is a large, proprietary, multi-campus university offering undergraduate and graduate programs in computer systems and information technology, business administration and accounting, hospitality management and culinary arts, and health sciences and nursing. ACICS's records reflect that the institution most recently had eight locations: six in Virginia, one in Maryland, and one in New Delhi, India. Three of the Virginia campuses recently closed while Stratford was going through the ACICS accreditation renewal process.

8. Dr. Richard R. Shurtz, II and Ms. Mary Ann Shurtz took over the school in 1986 from his father, Richard R. Shurtz Sr.

9. Stratford University has been continuously accredited as a member of ACICS since 2002.

10. Stratford's compliance with the *Accreditation Criteria* in recent years has been tenuous. Stratford has been placed on "show cause" status four (4) times in the last five years, and has been issued three (3) compliance warnings during that time.

11. In January and February 2019, ACICS completed renewal of accreditation visits to 6 Stratford campuses, which resulted in 107 findings by the visit teams of non-compliance with the *Accreditation Criteria*. ACICS provided Stratford with time to attempt to come into compliance rather than promptly withdrawing Stratford's accreditation.

12. During the time that Stratford was being evaluated for renewal of accreditation, ACICS received information regarding an alleged unapproved branch campus being operated by Stratford in Erbil, Iraq. ACICS conducted an investigation and provided Stratford with an opportunity to respond to the information. Thereafter, Stratford essentially denied that it was operating a campus in Iraq.

13. At its December 2019 meeting, the ACICS Council considered Stratford's response regarding the remaining areas of non-compliance, as well as its response to the allegations regarding the alleged campus in Iraq. ACICS issued a letter to Stratford on December 19, 2019, which details the issues, finds remaining areas of non-compliance, and identifies specific evidence regarding the Iraq campus. By way of that letter, Stratford was placed on show cause for the activities in Iraq and for the other areas of non-compliance, was ordered to appear for a hearing before the Council at the April, 2020 meeting, and its grant of accreditation was extended to May 31, 2020 to allow these procedures to take place. The December 19, 2019 letter attached as an exhibit to the Memorandum in Opposition is a true and accurate copy thereof.

14. In February 2020, ACICS received additional information regarding Stratford's operation of an unapproved campus in Iraq. Stratford had previously advised ACICS that it was not engaging in such operations, yet the information received by ACICS included a whistleblower blog and a YouTube video of Stratford's President, Dr. Richard Shurtz, clearly stating that the Iraq campus was accredited and was offering programs that are being offered in the U.S. On or about February 3, 2020 I reviewed the posted YouTube video entitled "Stratford University/Richard Shurtz Higher Education International Scam – The Smoking Gun." Having served as the Executive Director of ACICS at all times relevant to Stratford's Complaint, I have seen Stratford's submissions and other materials and am familiar with Dr. Shurtz's appearance and recognize him to be the individual in the video. The screenshot image attached as an exhibit to the Memorandum in Opposition is a true and accurate screenshot of Dr. Shurtz from the YouTube video.

15. In the video, Dr. Shurtz states, "I think one very important fact to understand is that Stratford University is going to offer the same quality programs here [Kurdistan] that we have in the U.S. That's important because this is a fully accredited campus, and if this campus fails, I lose accreditation in all the campuses. So this campus must be as good as the rest. So that accreditation is really the key to quality here in Kurdistan." *Stratford University/Richard Shurtz Higher Education International Scam – The Smoking Gun.* YouTube, (February 3, 2020) (emphasis added). The statements in the YouTube video by Dr. Shurtz, along with other evidence of Stratford's operations in Iraq, led the ACICS Council to place an additional condition on Stratford as part of the pending show cause action, which was to temporarily cease new enrollments until the show cause hearing could take place. That action was taken for the protection of new students due to the seriousness of Stratford's actions, and the requirement to submit executed teach-out agreements was imposed for the protection of the existing students.

16. The requirement to suspend new enrollments was contained in ACICS's February 26, 2020 letter to Stratford, and the show cause hearing is scheduled for March 31, 2020. The February 26, 2020 and March 31, 2020 letters attached to the Memorandum in Opposition are true and accurate copies thereof.

17. Stratford's ACICS accreditation remains in place at this time, and Stratford has been notified that it will have a full opportunity to address all outstanding issues, including the issues regarding the Iraq campus, at the March 31, 2020 hearing before any adverse action is taken by ACICS.

Under penalty of perjury, I declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: 3/5/2020

*Michelle Edwards*
Michelle Edwards