# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| STRATFORD UNIVERSITY, INC., a Virginia Corporation  Plaintiff,  vs.  ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES & SCHOOLS  Defendant. | **Case. No. 1:20-cv-240 (LO-JFA)**  **Stipulation of Dismissal** |

## Stipulation of Dismissal

The Accrediting Council for Independent Colleges and Schools and Stratford University, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed, without prejudice, as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Date: August 26, 2020

                Counsel for Plaintiff Stratford University, Inc.

                /s/David A. Obuchowicz
                Peter S. Leyton, VSB No. 21603
                Steven M. Gombos, VSB No. 30788
                David A. Obuchowicz, VSB No. 82483
                Gombos Leyton, P.C.
                11350 Random Hills Road, Suite 400
                Fairfax, VA 22030
                T/F: (703) 934-2660/9840
                dobuchowicz@glpclaw.com

Counsel for Defendant ACICS

s/Michael C. Gartner
Michael C. Gartner, Esq. (Va. Bar No. 41463)
Kenneth J. Ingram, Esq. (Va. Barn No. 21293)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
(703) 280-9267 (voice)
(703) 280-9139 (facsimile)
mgartner@wtplaw.com
kingram@wtplaw.com

## Certificate of Service

I certify that I filed the above-stated document via the Court's CM/ECF system this August 26, 2020, which will result in the document being emailed to the following:

> Michael C. Gartner
> Kenneth J. Ingram
> Whiteford, Taylor, and Preston
> 3190 Fairview Park Drive, Suite 800
> Falls Church, Virginia 22042
> mgartner@wtplaw.com

Date:   August 26, 2020            /s/David A. Obuchowicz
                                   David A. Obuchowicz, VSB No. 82483