IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STRATFORD UNIVERSITY, INC., A VIRGINIA CORPORATION<br><br>*Plaintiff*,<br><br>v.<br><br>ACCREDITING COUNCIL FOR INDEPENDENT COLLEGES & SCHOOLS,<br><br>*Defendants.* | Civil Action No. 1:20-cv-00240<br>Hon. Liam O'Grady |

## ORDER DISMISSING ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(ii)

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal with prejudice. Dkt. 22. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate that this action is dismissed in its entirety without prejudice, and that each party shall be responsible for its own attorneys' fees and costs incurred in this action. Dkt. 22.

As such, and according to the terms of the stipulation, the above-captioned action is hereby **DISMISSED WITHOUT PREJUDICE** and the matter is concluded. The clerk of this Court is directed to remove the Action from the active docket.

It is **SO ORDERED.**

August 27, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge